IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTHER ANAIN GARAY-REGALADO,** | ) | |
| Petitioner, | ) | |
| v. | ) | 3:26cv1748 |
| | ) | **Electronic Filing** |
| **DAVID VENTURELLA, TODD BLANCHE, MARKWAYNE MULLIN,** | ) | |
| Respondents. | ) | |

**<u>ORDER OF COURT</u>**

AND NOW, this 19th day of November, 2026, upon due consideration of the Petition for Writ of Habeas Corpus, the government's response thereto and the government's recent notice of suggestion of mootness, IT IS ORDERED that [1] the petition be, and the same hereby is, dismissed without prejudice as moot. The [10] notice provides sufficient documentation to establish that Petitioner has voluntarily departed from the United States. The Clerk shall mark the case CLOSED.

<u>s/David Stewart Cercone</u>
David Stewart Cercone
Senior United States District Judge

cc: Kerianne L. Nagy, AUSA

(*Via CM/ECF Electronic Mail)*

(*Via First Class Mail*)